

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-25-00063-CV

ANDREW LEE PORTER, Appellant

V.

21ST MORTGAGE CORPORATION, Appellee

On Appeal from the 76th District Court
Morris County, Texas
Trial Court No. 27785

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

Appellant, Andrew Lee Porter, has filed a motion with this Court seeking to voluntarily dismiss this appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, we grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). Accordingly, we dismiss this appeal.


Charles van Cleef
Justice

Date Submitted:     October 14, 2025
Date Decided:       October 15, 2025